**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHYLLIS L. FATH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:08-cv-00702-0WW-TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO LODGE ADMINISTRATIVE RECORD |

　　　Plaintiff Phyllis F. Fath ("Plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying Plaintiff's claim for benefits under the Social Security Act.

　　　On May 21, 2008, Plaintiff filed her first amended complaint. (Doc. 9.) On that same date, the Court issued a scheduling order (Doc. 8). The scheduling order directs Defendant Michael J. Astrue ("Defendant") to "serve a copy of the administrative record on [Plaintiff] and file it with the court" within 120 days after being served with the complaint. The scheduling order explains that "[v]iolations of this order or of the federal or local rules of procedure may result in sanctions pursuant to Local Rule 11-110."

　　　Plaintiff filed her proof of service of summons and complaint on June 4, 2008, stating that the requisite documents were served on Defendant on June 3, 2008. (Doc. 10.) The Court calculates October 1, 2008 as the deadline for Defendant to file and serve the administrative record. To date, the administrative record has not been lodged. (*See* Docket Sheet.)

　　　Accordingly, this Court ORDERS Defendant, no later than February 11, 2009, to show cause, in writing, why sanctions should not be imposed for Defendant's failure to file and serve the

administrative record and to comply with this Court's orders.  This Court will vacate this order to show cause if Defendant lodges and serves the administrative record by February 10, 2009.

IT IS SO ORDERED.

Dated:   **January 22, 2009**                                              /s/ Theresa A. Goldner
                                                                                          UNITED STATES MAGISTRATE JUDGE