1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    PHYLLIS L. FATH,                    )        Case No. 1:08-cv-00702- OWW-TAG
                                         )
10                  Plaintiff,           )        ORDER DISCHARGING ORDER TO
                                         )        SHOW CAUSE   (Doc. 12)
11                                       )
                                         )
         v.                              )
12                                       )
     MICHAEL J. ASTRUE,                  )
13   Commissioner of Social Security,    )
                                         )
14                  Defendant.           )
     _____)

15

16          Plaintiff Phyllis F. Fath ("Plaintiff"), represented by counsel, has sought judicial review of an

17  administrative decision denying Plaintiff's claim for benefits under the Social Security Act.

18          On May 21, 2008, Plaintiff filed her first amended complaint in this matter. (Doc. 9.)  On that

19  same date, the Court issued a scheduling order (Doc. 8) directing, among other things, that Defendant

20  Michael J. Astrue ("Defendant") "serve a copy of the administrative record on [Plaintiff] and file it with

21  the court" within 120 days after being served with the complaint.  (*Id.*)  The scheduling order explains

22  that "[v]iolations of this order or of the federal or local rules of procedure may result in sanctions

23  pursuant to Local Rule 11-110." (*Id.*)  Plaintiff filed her proof of service of summons and complaint on

24  June 4, 2008, stating that the requisite documents were served on Defendant on June 3, 2008. (Doc. 10.)

25  The Court calculated October 1, 2008 as the deadline for Defendant to file and serve the administrative

26  record.  As of January 22, 2009, the administrative record had not been lodged. (*See* Docket Sheet.)

27          Because the scheduling order issued described the next procedural step to be taken in this action

28  to be the filing and service of the administrative record within 120 days after the service of the

                                            1

1  complaint, and because that action was apparently delinquent, on January 22, 2009, the Court issued

2  an order to show cause why sanctions should not be imposed on Defendant for failing to timely file and

3  serve the administrative record.  (Doc. 12).

4      On February 2, 2009, Defendant filed a response to the order to show cause, explaining that

5  service has not yet been properly made on the Social Security Administration.  Accordingly to

6  Defendant, the proof of service accompanying the return of summons (*see* Doc. 10) was in error,

7  delivery of the documents had been made to the wrong suite and, as a result, Defendant did not know

8  of the pendency of this matter and was not in default on its obligations regarding the administrative

9  record. (Docs. 13, 14).

10     Good cause appearing, it is HEREBY ORDERED that the Court's January 22, 2009 order to

11  show cause (Doc. 12) is DISCHARGED.

12

13

14  IT IS SO ORDERED.

15  Dated:   **February 4, 2009**                              **/s/ Theresa A. Goldner**
                                                         UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28