Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _rohlfing_office@speakeasy.net

Attorneys for Plaintiff  PHYLLIS FATH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PHYLLIS FATH, | Case No.:   1:08cv0702 BAK (DLB) |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Plaintiff Phyllis Fath ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to October 16, 2009; and that Defendant shall have an extension of time until November 20, 2009, to file his opposition, if any is forthcoming.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: September 11, 2009      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ Steven G. Rosales
BY: _____
Steven G. Rosales
Attorney for plaintiff PHYLLIS FATH

DATED:  September 11, 2009     LAWRENCE G. BROWN
Acting United States Attorney

*/S/-Odell Grooms

_____
Odell Grooms
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS SO ORDERED.

Date:  September 14, 2009      /s/ Dennis L. Beck
United States Magistrate Judge