IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS FATH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>　　　　　Defendant. | 1:08cv0702 BAK [DLB]<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(Document 23) |

On October 26, 2009, the parties filed a stipulation and proposed order to extend the briefing schedule.[1]  The parties' request is GRANTED.  Plaintiff's opening brief SHALL be filed on or before December 15, 2009.  Defendant's opposition, if any, SHALL be filed on or before January 15, 2010.

IT IS SO ORDERED.

　　　　Dated:   October 29, 2009              /s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] On the same date, Plaintiff's counsel also filed a motion to withdraw as attorney of record.  The motion is currently pending.

1