UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHYLLIS L. FATH, | ) | 1:08-cv-0702-JLT |
| Plaintiff, | ) | ORDER TO SHOW CAUSE WHY |
| v. | ) | AMENDED COMPLAINT SHOULD NOT |
| | ) | BE DISMISSED FOR FAILURE TO |
| MICHAEL J. ASTRUE, | ) | COMPLY WITH SCHEDULING ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is proceeding pro se in this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for benefits.

By previous order of the Court, Plaintiff was granted an extension of time to file an Opening Brief until February 8, 2010. (Doc. 30). Plaintiff has failed to comply with the deadline set by the Court in that order, which in turn modified the original scheduling order to provide her additional time to file an Opening Brief. The scheduling order explains that failure to comply with its provisions may result in sanctions pursuant to former Local Rule 11-110 which is current Local Rule 110. (Doc. 8 at 4.)

Therefore, Plaintiff shall have until February 26, 2010 to either file an Opening Brief or, in lieu thereof, a written motion seeking an extension of time supported by good cause. Plaintiff is forewarned that failure to comply with this Order will result in dismissal of this action pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ.

1

P. 41(b), 11; Local Rule 110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until February 26, 2010, to file an Opening Brief that complies with paragraph 11 of the Court's Scheduling Order of May 21, 2008 (Doc. 8) or, in lieu thereof, a written motion for an extension of time supported by good cause;

2. Defendant shall have 30 days from the filing of Plaintiff's Opening Brief within which to file a Responsive Brief.

IT IS SO ORDERED.

Dated: **February 12, 2010**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE